A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 907

### Henry ALMOND v. STATE.
### 7 Div. 51.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Burglary, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 918

### Henry ALMOND v. STATE.
### 7 Div. 84.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.
Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 907

### Grady ALSBROOKS v. STATE.
### 8 Div. 806.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

49 So.2d 923

### AMERICAN LIFE INS. CO. v. Charlie ROWE.
### 6 Div. 72.

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.
Appeal dismissed.

49 So.2d 923

### William ALMSTEAD v. STATE.
### 6 Div. 19.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 30

### William ASHCRAFT v. STATE.
### 6 Div. 846.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.
Assault.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.